UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| TY DUTCHER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 5:10-CV-210-FL |
| ) | |
| KATHRYN EASTBURN; DA CAPO ) | |
| PRESS, LLC; and, PERSEUS BOOKS, ) | |
| INC., doing business as The Perseus ) | |
| Book Group; ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of defendants' motion to dismiss for lack of personal jurisdiction, plaintiff's motion to transfer venue and the memorandum and recommendation of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 26, 2011, and for the reasons set forth more specifically therein, that defendants' motion to dismiss is granted and plaintiff's motion to transfer venue is denied. Plaintiff shall have and recover nothing of this action from defendants.

**This Judgment Filed and Entered on April 4, 2011, and Copies To:**

John S. Austin (via CM/ECF Notice of Electronic Filing)
Ray M. Kline (via CM/ECF Notice of Electronic Filing)
Charles E. Coble (via CM/ECF Notice of Electronic Filing)
Eric M. David (via CM/ECF Notice of Electronic Filing)


April 4, 2011          DENNIS P. IAVARONE, CLERK
                         /s/ Christa N. Baker
                        (By) Christa N. Baker, Deputy Clerk